```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**CHRISTOPHER SEMINARA,**

                    **Plaintiff,**                    22-CV-05079 (PAE)(SN)

    -against-                                             **ORDER**

**AKO BUILDERS AND HOME
IMPROVEMENTS, INC., et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Because of a conflict in the Court's schedule, the Initial Pretrial Conference is RESCHEDULED for Wednesday, September 28, 2022, at 11:30 a.m. See ECF No. 12. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:    New York, New York
                September 23, 2022