UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHRISTOPHER SEMINARA,

                               **Plaintiff,**                    22-CV-05079 (PAE)(SN)

           -against-                                   <u>**ORDER**</u>

AKO BUILDERS AND HOME
IMPROVEMENTS INC, et al.,

                               **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 30, 2022, the Court ordered the parties to file a joint letter informing the Court about the status of discovery by Tuesday, November 22, 2022. ECF No. 15. At the Initial Pretrial Conference, the parties also indicated they were moving forward with an informal resolution.

       Accordingly, the parties are ordered to file a joint letter informing the court about the status of discovery and any informal resolution by no later than December 5, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              November 28, 2022