```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER SEMINARA,

                         **Plaintiff,**            22-CV-05079 (PAE)(SN)

      -against-                                      <u>**ORDER**</u>

AKO BUILDERS AND HOME
IMPROVEMENTS INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Discovery closed on January 23, 2023, and the deadline to file a pre-motion letter for any anticipated motion for summary judgment passed on February 6, 2023. Accordingly, the parties shall file a letter within one week requesting a settlement conference or a trial date or both.

**SO ORDERED.**

                                                              _/s/ Sarah Netburn_
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      February 8, 2023
                 New York, New York