**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Christopher Seminara, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                          *Plaintiff*,

       - against -

AKO Builders and Home Improvements Inc., and Arkady Voskanyan,

                         *Defendants*.
------------------------------------------------------------X

Case No.: 22-cv-05079

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants AKO Builders and Home Improvements Inc., and Arkady Voskanyan (collectively, the "Defendants"), having offered to allow Plaintiff Christopher Seminara (the "Plaintiff") to take a judgment against the Defendants in this action for the total sum of Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.