**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Christopher Seminara, *on behalf of himself and*
*others similarly situated in the proposed FLSA*
*Collective Action,*

                            *Plaintiff,*

          *- against -*

AKO Builders and Home Improvements Inc., and
Arkady Voskanyan,

                        *Defendants.*
-------------------------------------------------------------X

Case No.: 22-cv-05079

**FED.R.CIV.P. 68**
**JUDGMENT**

     Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants AKO

Builders and Home Improvements Inc., and Arkady Voskanyan (collectively, the "Defendants"),

having offered to allow Plaintiff Christopher Seminara ("Plaintiff") to take a judgment against

the Defendants in this action for the total sum of Fifteen Thousand Dollars and Zero Cents

($15,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the

legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in,

or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney

having confirmed acceptance of Defendants' offer of judgment, it is,

     ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of

$15,000.00 as against Defendants.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby

dismissed with prejudice as against Defendants.

Dated: _____Feb. 14_____, 2023
New York, New York

SO ORDERED:

_____Paul A. Engelmayer_____